ORDERED.

Dated: June 05, 2020

_____
Lori V. Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re :                                                                    Case Number **6:20-bk-00798-LVV**
                                                                           Chapter 7

**Emmanuel Derilus**,
                      Debtor(s).
_____/

### ORDER AUTHORIZING RETENTION OF PATRICK BUTLER OF BK GLOBAL REAL ESTATE SERVICES AS BROKER AND KAVITA HANISHA UTTAMCHANDANI OF CENTURY 21 AS LISTING AGENT

THIS CASE came on for consideration without hearing on the Trustee's (I) Application to Retain Patrick Butler of BK Global Real Estate Services as Broker to Procure Consented Private Sale Pursuant to 11 U.S.C. §§ 327, 328, and 330, and (II) Application to Retain Kavita Hanisha Uttamchandani of Century 21 Carioti as Listing Agent and to Procure Consented Private Sale Pursuant to 11 U.S.C. §§ 327, 328, and 330, (docket no. 27) filed June 3, 2020. Based upon the facts set forth in the application and declarations by BK Global Real Estate Services and the Listing Agent, the Court concludes that BK Global Real Estate Services and the Listing Agent do not hold or represent an interest adverse to the estate and are disinterested persons within the meaning of § 101(14) of the Bankruptcy Code. The Court further concludes that BK Global Real Estate Services and the Listing Agent are qualified to represent the Trustee and that the Court's authorization of their employment is in the best interest of the estate. Accordingly, it is

**ORDERED** the Application is granted and the Court approves the retention of Patrick Butler of BK Global Real Estate Services and Kavita Hanisha Uttamchandani of Century 21 Carioti to sell real property located at 198 North Lake Court, Kissimmee, FL 34743, Parcel ID No. R072530-270601900430. BK Global Real Estate Services ("BKRES") and Listing Agent shall be compensated in accordance with

the BKRES Declaration and Listing Agreement, respectively, and such compensation shall be subject to the provisions of § 330 of the Bankruptcy Code. Upon a sale of property to a third party, BKRES and Listing Agent shall receive a 6% commission, paid by Secured Creditor. In the alternative, if the property is transferred to Secured Creditor, BKRES shall receive a 2% commission, paid by Secured Creditor, $500.00 of which shall be paid to Listing Agent. Secured Creditor's proposed compensation of BKRES and Listing Agent shall be disclosed in any Motion for Order approving sale of Property. BK Global Real Estate Services and Listing Agent shall be authorized to receive and retain their fees from Secured Creditor at the successful closing of the sale of the Property, in accordance with the Order approving sale. The estate shall, in no circumstance, be obligated to compensate BKRES or Listing Agent. BKRES and Listing Agent shall not have a claim against the estate for any unpaid amounts. BKRES and Listing Agent, and anyone claiming by, through or under either of them, shall only have recourse for recovering fees from Secured Creditor. The estate shall have no liability for any such claims. BKRES and Listing Agent shall not be awarded any compensation at an hourly rate. Compensation will be determined later in accordance with 11 U.S.C. § 330. The hourly rate is not guaranteed and is subject to review.

Special Counsel Kristen L. Henkel is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of services within 3 days of entry of the Order.